IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:14-CV-1747-D |
| VS. | § § | |
| CHARLES COUCH, et al., | § § | |
| Defendants. | § | |

### ORDER

Pending before the court for decision is plaintiff's motion for summary judgment, filed August 24, 2015. The court has been notified by March 8, 2016 letter that an offer of settlement has been made and that the offer is being forwarded to the Commission for consideration.

In view of the pending settlement proceedings, the court will defer filing its decision on the motion for summary judgment. The clerk of court is directed to close the motion statistically as a pending motion. The court will reopen the motion statistically if a ruling on the motion is hereafter required.

**SO ORDERED**.

March 10, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE