# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| Plaintiff, | § § | |
| v. | § | CASE NO. 3:14-CV-01747-D |
| | § | |
| **CHARLES COUCH** **and COUCH OIL & GAS, INC.** | § § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO ENTER JUDGMENTS AGAINST DEFENDANTS CHARLES COUCH and COUCH OIL & GAS, INC.

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Judgments Against Defendants Charles Couch and Couch Oil & Gas, Inc., and would respectfully show the Court as follows:

1. On May 12, 2014, the Commission filed its Complaint alleging Defendants engaged in various violations of the federal securities laws.

2. The Commission has reached a settlement with these Defendants regarding the Commission's claims. Each of these Defendants has agreed to consent to a permanent injunction, without admitting or denying the allegations in the Commission's Complaint. Defendants agree that they will pay disgorgement, with prejudgment interest, and civil penalty, as set forth in the proposed Final Judgments.

3. These Defendants have each executed a Consent and agree to the attached Final Judgments. A copy of the Consent for Charles Couch with the proposed Final Judgment is attached hereto as Exhibit A and a copy of the Consent for Couch Oil & Gas, Inc., with the

proposed Final Judgment is attached hereto as Exhibit B.  Simultaneously with the filing of this Motion, each Consent bearing the signature of Defendants, is filed with the Clerk.

4. The Commission respectfully requests that the Court enter the Final Judgments for each Defendant.

Dated: May 6, 2016.                    Respectfully submitted,

                                                   */s/ Janie L. Frank*
Janie L. Frank
Texas Bar No. 07363050
Timothy Evans
Texas Bar No. 24065211

SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6478 (JLF)
(817) 978-4927 (facsimile)
*frankj@sec.gov*

### CERTIFICATE AS TO CONFERENCE

Plaintiff's counsel conferred with Defendants' counsel.  In their Consents, dated March 7, 2016, Defendants and Defendants' counsel consented that the Commission may present the Final Judgment to the Court without further notice. Plaintiff's counsel has also conferred with Defendants' counsel, who stated that he is unopposed to this motion.

*/s/ Janie L. Frank*
Janie L. Frank

### CERTIFICATE OF SERVICE

I certify that on May 6, 2016, I electronically filed the foregoing ***Unopposed Motion to Enter Final Judgments*** with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the CM/ECF system.  The electronic case filing system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

*/s/ Janie L. Frank*
Janie L. Frank